UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Juan R., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement; Daren K. Margolin, Director for Executive Office for Immigration Review; Executive Office for Immigration Review; David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement; and Ryan Shea, Sheriff of Freeborn County, <br><br> Respondents. | No. 26-cv-252 (SRN/DTS) <br><br><br> **ORDER TO SHOW CAUSE** |

David L. Wilson and Olivia Anderson-Petroske, Wilson Law Group, 3019 Minnehaha Ave., Minneapolis, MN 55406, for Petitioner

Ana Voss, U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, for United States' Respondents

David John Walker, Freeborn County Attorney's Office, Freeborn County Government Center, 411 S. Broadway Ave., Albert Lea, MN 56007, for Respondent Ryan Shea

SUSAN RICHARD NELSON, United States District Judge

1

Respondents have failed to comply with this Court's January 16, 2026 Order [Doc. No. 8] that required Respondents to release Petitioner Juan R. from custody within 48 hours.  It is now five days past that deadline.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT**:

1. Beginning with the issuance of this Order to Show Cause, Counsel of Record for Respondents[1], Ana Voss and David Walker, shall be in hourly contact with Petitioner's counsel to discuss the timing of Petitioner's release and to ensure that he is safely released in light of the dangerous winter weather conditions.

2. Counsel for Respondents shall confirm with the Court no later than 10 p.m. today, January 23, 2026, that they have communicated with Petitioner's counsel, as required, and report the status of their progress in obtaining Petitioner's safe release.

3. If Petitioner is not safely released by noon tomorrow, January 24, 2026, following consultation with his counsel, Respondents' counsel shall do the following:

---

[1] The Court notes that although Respondents' Response to the Habeas Petition [Doc. No. 4] was signed by J. Cruz Rodriguez, who identifies himself as an Assistant United States Attorney, Mr. Rodriguez has not been admitted to the bar of this Court, and therefore is not listed as counsel of record in this matter.  (*See* Text-Only Notice re: Non-Admitted Attorney [Doc. No. 7].)

    a. Continue to communicate with Petitioner's counsel on an hourly basis on their progress in obtaining Petitioner's safe release, as set forth in Paragraph 1;

    b. Inform the Court on their progress in obtaining Petitioner's safe release by filing letters daily at 1:00 p.m. and 5:00 p.m. until his release; and

    c. Appear for a video hearing on Monday, January 26, 2026, at 9:00 a.m., via Zoom, prepared to show cause why they should not be held in contempt of court for failing to release Petitioner as ordered by this Court.

    (1) All Respondents' counsel of record shall appear at the show cause hearing, along with the ICE Officer responsible for processing Petitioner's release. One or both of Petitioner's counsel shall attend the show cause hearing.

    (2) Respondents shall identify the ICE Officer responsible for processing Petitioner's release no later than noon tomorrow, January 24, 2026.

    (3) The Court will email a link for the Zoom hearing no later than 8:00 a.m. on January 26, 2026.

Dated: January 23, 2026

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge